IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT PHILLIPS,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 09-1302<br>) |
| BAC HOME LOANS SERVICING, LP<br>f/k/a COUNTRYWIDE HOME LOANS<br>SERVICING LP,<br>    Defendant. | )<br>)<br>)<br>) |

ORDER OF COURT

AND NOW this 4th day of March, 2010, before the court is the parties' Joint Motion for Extension of Time [document #11]. In their motion, the parties report that they have reached a settlement in principle and need additional time to finalize the settlement and resolve this litigation.

Therefore, as no further action can be taken by the court at this time, we will refrain from ruling on the outstanding motion and, in the interest of judicial economy, IT IS HEREBY ORDERED that the Clerk of Court is directed to mark this case ADMINISTRATIVELY CLOSED.

Nothing contained in this order shall be considered a dismissal or disposition of this matter and this court shall retain jurisdiction. Should further proceedings in it become necessary, or desirable, either party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, C.J.
Gary L. Lancaster,
Chief United States District Judge

cc:   All Counsel of Record